Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900

Attorneys for Defendants, CITY OF
FRESNO, OFFICER REY MEDELES,
and OFFICER GUSTAVO GUTIERREZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DANIEL GUZMAN VELA,<br><br>             Plaintiff,<br><br>       v.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; THE CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>             Defendants. | Case No. 1:24-cv-00471-SKO<br>Judge:<br><br><br>**ANSWER OF DEFENDANTS CITY OF FRESNO, OFFICER REY MEDELES, AND OFFICER GUSTAVO GUTIERREZ TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br><br><br>Filed Date:        04/19/24<br>Trial Date:        N/A |

Defendants CITY OF FRESNO, OFFICER REY MEDELES, and OFFICER GUSTAVO GUTIERREZ ("Defendants") hereby answer Plaintiff's Complaint for Damages on file herein (Doc. 1, hereinafter referred to as the "Complaint") and Defendants hereby admit, deny, and allege as follows:

1.     Answering Paragraph 1 of the Complaint: Answering Defendants admit that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. §

---

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1    1343(a)(3)-(4).

2        2.    Answering Paragraph 2 of the Complaint: Answering Defendants admit

3    that venue is proper in the Eastern District of California – Fresno Division under 28

4    U.S.C. § 1391(b).

5        3.    Answering Paragraph 3 of the Complaint: Answering Defendants do not

6    have sufficient knowledge, or information or belief, to enable Defendants to answer

7    the allegations, as stated, and on those grounds deny generally and specifically each

8    allegation contained therein – and Defendants deny all liability and/or wrongdoing.

9        4.    Answering Paragraph 4 of the Complaint: Answering Defendants do not

10   have sufficient knowledge, or information or belief, to enable Defendants to answer

11   the allegations contained within this paragraph, as stated, and on those grounds deny

12   generally and specifically each and every allegation contained therein – and

13   Defendants deny all liability and/or wrongdoing.

14       5.    Answering Paragraph 5 of the Complaint: Answering Defendants admit

15   that Defendant Officer Rey Medeles is a member of the Fresno Police Department.

16   As to the remaining allegations contained in this paragraph, answering Defendants do

17   not have sufficient knowledge, or information or belief, to enable Defendants to

18   answer the allegations, as stated, and on those grounds deny generally and specifically

19   each allegation contained therein – and Defendants deny all liability and/or

20   wrongdoing.

21       6.    Answering Paragraph 6 of the Complaint: Answering Defendants admit

22   that Defendant Officer Gustavo Gutierrez is a member of the Fresno Police

23   Department.  As to the remaining allegations contained in this paragraph, answering

24   Defendants do not have sufficient knowledge, or information or belief, to enable

25   Defendants to answer the allegations, as stated, and on those grounds deny generally

26   and specifically each allegation contained therein – and Defendants deny all liability

27   and/or wrongdoing.

28       7.    Answering Paragraph 7 of the Complaint: Answering Defendants admit

2

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

that the City of Fresno was at all times mentioned in the Complaint a municipal corporation duly authorized to operate under the laws of the state of California, and operated the Fresno Police Department under its supervision. As to the remaining allegations contained in this paragraph, answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations, as stated, and on those grounds deny generally and specifically each allegation contained therein – and Defendants deny all liability and/or wrongdoing.

8.      Answering Paragraph 8 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

9.      Answering Paragraph 9 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

10.     Answering Paragraph 10 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

11.     Answering Paragraph 11 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

12.     Answering Paragraph 12 of the Complaint: Answering Defendants do

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1  not have sufficient knowledge, or information or belief, to enable Defendants to
2  answer the allegations contained within this paragraph, as stated, and on those
3  grounds deny generally and specifically each and every allegation contained therein
4  – and Defendants deny all liability and/or wrongdoing.
5      13.    Answering Paragraph 13 of the Complaint: Answering Defendants do
6  not have sufficient knowledge, or information or belief, to enable Defendants to
7  answer the allegations contained within this paragraph, as stated, and on those
8  grounds deny generally and specifically each and every allegation contained therein
9  – and Defendants deny all liability and/or wrongdoing.
10      14.    Answering Paragraph 14 of the Complaint: Answering Defendants do
11  not have sufficient knowledge, or information or belief, to enable Defendants to
12  answer the allegations contained within this paragraph, as stated, and on those
13  grounds deny generally and specifically each and every allegation contained therein
14  – and Defendants deny all liability and/or wrongdoing.
15      15.    Answering Paragraph 15 of the Complaint: Answering Defendants do
16  not have sufficient knowledge, or information or belief, to enable Defendants to
17  answer the allegations contained within this paragraph, as stated, and on those
18  grounds deny generally and specifically each and every allegation contained therein
19  – and Defendants deny all liability and/or wrongdoing.
20      16.    Answering Paragraph 26 of the Complaint: Answering Defendants do
21  not have sufficient knowledge, or information or belief, to enable Defendants to
22  answer the allegations contained within this paragraph, as stated, and on those
23  grounds deny generally and specifically each and every allegation contained therein
24  – and Defendants deny all liability and/or wrongdoing.
25      17.    Answering Paragraph 17 of the Complaint: Answering Defendants do
26  not have sufficient knowledge, or information or belief, to enable Defendants to
27  answer the allegations contained within this paragraph, as stated, and on those
28  grounds deny generally and specifically each and every allegation contained therein

4

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1 | – and Defendants deny all liability and/or wrongdoing.

2 |       18.    Answering Paragraph 18 of the Complaint: Answering Defendants do
3 | not have sufficient knowledge, or information or belief, to enable Defendants to
4 | answer the allegations contained within this paragraph, as stated, and on those
5 | grounds deny generally and specifically each and every allegation contained therein
6 | – and Defendants deny all liability and/or wrongdoing.

7 |       19.    Answering Paragraph 19 of the Complaint: Answering Defendants
8 | repeat, reiterate, and re-allege all of the admissions and denials contained in the
9 | foregoing Answer which are set forth to each and every allegation contained in
10 | paragraphs 1 through 18, inclusive, of the Complaint.

11 |       20.    Answering Paragraph 20 of the Complaint: the allegations contain an
12 | ultimate issue of law and not fact, and on those grounds answering Defendants
13 | generally deny the allegations contained therein, – and Defendants deny all liability
14 | and/or wrongdoing.

15 |       21.    Answering Paragraph 21 of the Complaint: Answering Defendants do
16 | not have sufficient knowledge, or information or belief, to enable Defendants to
17 | answer the allegations contained within this paragraph, as stated, and on those
18 | grounds deny generally and specifically each and every allegation contained therein
19 | – and Defendants deny all liability and/or wrongdoing.

20 |       22.    Answering Paragraph 22 of the Complaint: Answering Defendants do
21 | not have sufficient knowledge, or information or belief, to enable Defendants to
22 | answer the allegations contained within this paragraph, as stated, and on those
23 | grounds deny generally and specifically each and every allegation contained therein
24 | – and Defendants deny all liability and/or wrongdoing.

25 |       23.    Answering Paragraph 23 of the Complaint: Answering Defendants do
26 | not have sufficient knowledge, or information or belief, to enable Defendants to
27 | answer the allegations contained within this paragraph, as stated, and on those
28 | grounds deny generally and specifically each and every allegation contained therein

MANNING | KASS

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

– and Defendants deny all liability and/or wrongdoing.

24.    Answering Paragraph 24 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 23, inclusive, of the Complaint.

25.    Answering Paragraph 25 of the Complaint: the allegations contain an ultimate issue of law and not fact, and on those grounds answering Defendants generally deny the allegations contained therein, – and Defendants deny all liability and/or wrongdoing.

26.    Answering Paragraph 26 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

27.    Answering Paragraph 27 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

28.    Answering Paragraph 28 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

29.    Answering Paragraph 29 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 28, inclusive, of the Complaint.

30.    Answering Paragraph 30 of the Complaint: the allegations contain an ultimate issue of law and not fact, and on those grounds answering Defendants generally deny the allegations contained therein, – and Defendants deny all liability and/or wrongdoing.

31.    Answering Paragraph 31 of the Complaint: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

32.    Answering Paragraph 32 of the Complaint: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

33.    Answering Paragraph 33 of the Complaint: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

34.    Answering Paragraph 34 of the Complaint: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

35.    Answering Paragraph 35 of the Complaint: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

therein – and Defendant denies all liability and/or wrongdoing.

36.    Answering Paragraph 36 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 35, inclusive, of the Complaint.

37.    Answering Paragraph 37 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

38.    Answering Paragraph 38 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

39.    Answering Paragraph 39 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

40.    Answering Paragraph 40 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

41.    Answering Paragraph 41 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those

8

grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

42.    Answering Paragraph 42 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 41, inclusive, of the Complaint.

43.    Answering Paragraph 43 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

44.    Answering Paragraph 44 of the Complaint, including subsections (a) – (f): Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

45.    Answering Paragraph 45 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

46.    Answering Paragraph 46 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

47.    Answering Paragraph 47 of the Complaint: Answering Defendants do

not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

48.    Answering Paragraph 48 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

49.    Answering Paragraph 49 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 48, inclusive, of the Complaint.

50.    Answering Paragraph 50 of the Complaint: the allegations contain an ultimate issue of law and not fact, and on those grounds answering Defendants generally deny the allegations contained therein, – and Defendants deny all liability and/or wrongdoing.

51.    Answering Paragraph 51 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

52.    Answering Paragraph 52 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

53.    Answering Paragraph 53 of the Complaint: Answering Defendants do

10

1  not have sufficient knowledge, or information or belief, to enable Defendants to
2  answer the allegations contained within this paragraph, as stated, and on those
3  grounds deny generally and specifically each and every allegation contained therein
4  – and Defendants deny all liability and/or wrongdoing.

5       54.    Answering Paragraph 54 of the Complaint: Answering Defendants do
6  not have sufficient knowledge, or information or belief, to enable Defendants to
7  answer the allegations contained within this paragraph, as stated, and on those
8  grounds deny generally and specifically each and every allegation contained therein
9  – and Defendants deny all liability and/or wrongdoing.

10       55.    Answering Paragraph 55 of the Complaint: Answering Defendants
11  repeat, reiterate, and re-allege all of the admissions and denials contained in the
12  foregoing Answer which are set forth to each and every allegation contained in
13  paragraphs 1 through 54, inclusive, of the Complaint.

14       56.    Answering Paragraph 56 of the Complaint: the allegations contain an
15  ultimate issue of law and not fact, and on those grounds answering Defendants
16  generally deny the allegations contained therein, – and Defendants deny all liability
17  and/or wrongdoing.

18       57.    Answering Paragraph 57 of the Complaint: Answering Defendants do
19  not have sufficient knowledge, or information or belief, to enable Defendants to
20  answer the allegations contained within this paragraph, as stated, and on those
21  grounds deny generally and specifically each and every allegation contained therein
22  – and Defendants deny all liability and/or wrongdoing.

23       58.    Answering Paragraph 58 of the Complaint: Answering Defendants do
24  not have sufficient knowledge, or information or belief, to enable Defendants to
25  answer the allegations contained within this paragraph, as stated, and on those
26  grounds deny generally and specifically each and every allegation contained therein
27  – and Defendants deny all liability and/or wrongdoing.

28       59.    Answering Paragraph 59 of the Complaint: Answering Defendants do

11

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

MANNING | KASS

1  not have sufficient knowledge, or information or belief, to enable Defendants to
2  answer the allegations contained within this paragraph, as stated, and on those
3  grounds deny generally and specifically each and every allegation contained therein
4  – and Defendants deny all liability and/or wrongdoing.

5          60.    Answering Paragraph 60 of the Complaint: Answering Defendants do
6  not have sufficient knowledge, or information or belief, to enable Defendants to
7  answer the allegations contained within this paragraph, as stated, and on those
8  grounds deny generally and specifically each and every allegation contained therein
9  – and Defendants deny all liability and/or wrongdoing.

10         61.    Answering Paragraph 61 of the Complaint: Answering Defendants
11 repeat, reiterate, and re-allege all of the admissions and denials contained in the
12 foregoing Answer which are set forth to each and every allegation contained in
13 paragraphs 1 through 60, inclusive, of the Complaint.

14         62.    Answering Paragraph 62 of the Complaint: the allegations contain an
15 ultimate issue of law and not fact, and on those grounds answering Defendants
16 generally deny the allegations contained therein, – and Defendants deny all liability
17 and/or wrongdoing.

18         63.    Answering Paragraph 63 of the Complaint: Answering Defendants do
19 not have sufficient knowledge, or information or belief, to enable Defendants to
20 answer the allegations contained within this paragraph, as stated, and on those
21 grounds deny generally and specifically each and every allegation contained therein
22 – and Defendants deny all liability and/or wrongdoing.

23         64.    Answering Paragraph 64 of the Complaint: Answering Defendants do
24 not have sufficient knowledge, or information or belief, to enable Defendants to
25 answer the allegations contained within this paragraph, as stated, and on those
26 grounds deny generally and specifically each and every allegation contained therein
27 – and Defendants deny all liability and/or wrongdoing.

28         65.    Answering Paragraph 65 of the Complaint: Answering Defendants do

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

MANNING | KASS

not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

66. Answering Paragraph 66 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

67. Answering Paragraph 67 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

68. Answering Paragraph 68 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

69. Answering Paragraph 69 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 68, inclusive, of the Complaint.

70. Answering Paragraph 70 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

71.    Answering Paragraph 71 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

72.    Answering Paragraph 72 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

73.    Answering Paragraph 73 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

74.    Answering Paragraph 74 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

75.    Answering Paragraph 75 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

76.    Answering Paragraph 76 of the Complaint: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in

14

paragraphs 1 through 75, inclusive, of the Complaint.

77. Answering Paragraph 77 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

78. Answering Paragraph 78 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

79. Answering Paragraph 79 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

80. Answering Paragraph 80 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

81. Answering Paragraph 81 of the Complaint: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

82. Answering Plaintiff's Prayer For Relief, including subsections (1) through (5), Defendants deny all liability to plaintiff, including, but not limited to, all

15

1  liability for any and all damages, including general damages, special damages, funeral
2  and burial expenses, punitive and exemplary damages, statutory damages, attorneys'
3  fees, costs of suit, prejudgment interest, treble damages, and/or for any relief of any
4  kind from Defendants to Plaintiff.

5      83.    To the extent Plaintiff asserts any other claims or contentions not
6  specifically addressed herein above, Defendants generally and specifically deny each
7  and every remaining allegation and/or claim – and Defendants deny all liability and/or
8  wrongdoing.

9                          **AFFIRMATIVE DEFENSES**

10      1.    As separate and affirmative defenses, Defendants allege as follows:

11                      **FIRST AFFIRMATIVE DEFENSE**

12      2.    Plaintiff's Complaint, and each alleged cause of action in it, fails to state
13  a claim upon which relief can be granted.

14      3.    Plaintiff's Complaint also fails to state a claim against any Defendant in
15  this action.

16                  **SECOND AFFIRMATIVE DEFENSE**

17                      **(Tort Claims Act Violation)**

18      4.    This action is barred by Plaintiff's failure to comply with the government
19  tort claims presentation requirements, California Government Code § 900, *et seq.*,
20  including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4,
21  945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

22      5.    The Complaint is barred based on Plaintiff's failure to exhaust
23  administrative remedies prior to filing this lawsuit.

24      6.    Plaintiff's recovery is barred because the causes of action stated in the
25  Complaint do not correspond with the legal claims asserted in Plaintiff's written claim.
26  The Complaint thereby alleges legal bases for recovery which are not fairly reflected
27  in the written claim.

28  ///

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver, Estoppel, Unclean Hands)**

7.      Defendants allege that Plaintiff's actions are barred by reason of conduct, actions and inactions of Plaintiff which amount to and constitute a waiver of any right plaintiff(s) may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiff from recovery in this action, including but not limited to the doctrine of unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

8.      Plaintiff's claims are barred or limited to the extent plaintiff failed to mitigate plaintiff's injuries or damages, if there were any.  Plaintiff has failed to mitigate the damages, if any, which plaintiff(s) has/have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Contributory and/or Comparative Liability)**

9.      Plaintiff's claims are barred or limited by Plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent plaintiff suffered any injury or damages, it was the result of plaintiff's own negligent or deliberate actions or omissions.

10.      Plaintiff's recovery is barred because any injury or damage suffered by plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

**SIXTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Others' Torts)**

11.     Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

12.     The answering Defendants are informed and believe and thereon allege that if Plaintiff sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering Defendants.  To the extent that Plaintiff's damages were so caused, any recovery by Plaintiff as against the answering Defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Discretionary Acts)**

13.     There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

14.     Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

15.     A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2.  Based thereon, the answering Defendants are immune from liability for any

1    injuries claimed by Plaintiff, herein.

2        16.    Defendant(s) is/are immune for any detriment resulting from any of its

3    actions or omissions at the time of the incident of which Plaintiff complains pursuant

4    to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including,

5    but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8,

6    820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and

7    Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6,

8    854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

9                    **EIGHTH AFFIRMATIVE DEFENSE**

10                    **(Public Entity Immunity)**

11        17.    To the extent that the Complaint attempts to predicate liability upon any

12    public entity defendant or any employee thereof for purported negligence in retention,

13    hiring, employment, training, or supervision of any public employee, such liability is

14    barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of*

15    *Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v.*

16    *County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to

17    Plaintiff; by the fact that any such purported act or omission is governed exclusively

18    by statute and is outside the purview of any public employees' authority; and by the

19    failure of any such acts or omissions to be the proximate or legal cause of any injury

20    alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th

21    238, 251-253, 255-256 (2007).

22        18.    Defendants may not be held liable on a *respondeat superior* theory for

23    any negligent or wrongful act or omission on the part of any subordinate.  Cal.

24    Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951)

25    37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New*

26    *York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630,

27    645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los*

28    *Angeles v. Heller*, 475 U.S. 796 (1986).

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

19.    Defendant City and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendants therefore assert the individual defendant's Qualified Immunity from liability to the fullest extent applicable.

20.    Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that his acts and conduct were objectively reasonable under the totality of the circumstances. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights of which a reasonable officer would have known.  Defendants are also immune from liability under the doctrine of Qualified Immunity.

21.    At all relevant times, Defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

22.    At the time and place referred to in the Complaint, and before such event, plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

///

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1

## **ELEVENTH AFFIRMATIVE DEFENSE**

2      23.    Defendants contend that they cannot fully anticipate all affirmative

3  defenses that may be applicable to this action based on the conclusory terms used in

4  Plaintiff's Complaint.  Accordingly, Defendants expressly reserve the right to assert

5  additional affirmative defenses if and to the extent that such affirmative defenses

6  become applicable.

7

## **JURY DEMAND**

8      24.    Defendants demand a trial by jury as to each issue triable by jury.

9

## **PRAYER FOR RELIEF**

10  WHEREFORE, the answering Defendants pray as follows:

11      1.    That Plaintiff takes nothing by this action;

12      2.    That Defendants be awarded attorneys' fees, costs of suit and costs of

13  proof, and such other relief as the Court deems just.

14  DATED: May 3, 2024          **MANNING & KASS**

15                              **ELLROD, RAMIREZ, TRESTER LLP**

16

17                              By:  ___/s/ Mildred K' O'Linn___

18                                   Mildred K. O'Linn

19                                   Lynn Carpenter

                                     Maya Sorensen

20                                   Attorneys for Defendants, CITY OF

21                                   FRESNO, OFFICER REY MEDELES, and

                                     OFFICER GUSTAVO GUTIERREZ

22

23

24

25

26

27

28

21

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR DAMAGES**