UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DANIEL GUZMAN VELA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; THE CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>    Defendants. | Case No.: 1:24-cv-00471-KES-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES**<br><br>(Doc. 19) |

The Court is in receipt of the parties' joint stipulation to amend the scheduling order that seeks an extension of the case schedule to allow parties to "schedule depositions of named individual parties" and to continue the trial. (Doc. 19.)

In light of the parties' representations, the Court finds good cause to **ORDER** that the case schedule be modified to briefly enlarge the Non-Expert Discovery Deadline (as to the depositions of the named individual parties only) and to. accordingly, briefly continue the trial.

Additionally, in light of the parties' representation that there is "agreement that a Mediation and/or Settlement Conference would be beneficial in this matter," the Court will also set pre-settlement and settlement conferences.[1]

---

[1] An Order Setting a Settlement Conference will be forthcoming.

ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES

1

Based on the foregoing, the Court finds good cause to **ORDER** that the following dates set forth in in the August 21, 2024 Scheduling Order, (Doc. 15), be **VACATED**, **CONTINUED,** and that a pre-settlement conference and a settlement conference be **SET** as follows:

| EVENT | CURRENT DEADLINE | CONTINUED DEADLINE |
| --- | --- | --- |
| Non-Expert Discovery Deadline (as to the depositions of the named individual parties and previously noticed witnesses Noe Guzman and Gerardo Guzman ONLY) | August 29, 2025 | November 3, 2025 |
| Expert Disclosures Deadline | September 26, 2025 | December 1, 2026 |
| Rebuttal Expert Disclosures Deadline | October 31, 2025 | January 5, 2026 |
| Expert Discovery Deadline | December 12, 2025 | February 16, 2026 |
| Pre-Settlement Conference | --- | February 19, 2026 |
| Settlement Conference | --- | February 26, 2026 |
| Non-Dispositive Motion Filing Deadline | February 27, 2026 | April 29, 2026 |
| Non-Dispositive Motion Hearing Deadline | April 1, 2026 | June 3, 2026 |
| Dispositive Motion Filing Deadline | February 26, 2026 | May 4, 2026 |
| Dispositive Motion Hearing Deadline | April 6, 2026 | June 8, 2026 |
| Pretrial Conference | August 3, 2026 | September 28, 2026 |
| Trial | November 3, 2026 | November 24, 2026 |

IT IS SO ORDERED.

Dated:   **July 2, 2025**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES                                    2