James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant Fresno Police Officer Rey Medeles

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DANIEL GUZMAN VELA,<br><br>　　Plaintiff,<br><br>vs.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; THE CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>　　Defendants. | CASE NO. 1:24-cv-00471-KES-SKO<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY AND STAY THE CIVIL ACTION DURING THE PENDING CRIMINAL ACTION**<br><br>**(Doc. 28)**<br><br>Complaint Filed: April 19, 2024<br>Trial Date:  November 3, 2026 |

　　IT IS HEREBY STIPULATED by and between Plaintiff Daniel Guzman Vela ("Plaintiff") and Defendants Former Fresno Police Officer Rey Medeles ("Medeles"), Fresno Police Officer Gustavo Gutierrez ("Gutierrez"), and the City of Fresno ("Defendants") (collectively "the Parties"), through their respective counsel of record, as follows:

### GOOD CAUSE STATEMENT

　　1.　The non-expert discovery deadline is currently set for December 15, 2025.

　　2.　The Parties met and conferred as a result of the Ex Parte application filed by Plaintiff to extend the discovery cutoff (Doc. No. 25), in an effort to resolve the issues raised in the Ex Parte, as well as to address the recent arrest of Medeles.

3. Medeles was arrested in early October 2025 on charges of grand theft and preparing false evidence in *People of the State of California v. Rey Ariel Medeles*, Fresno County Superior Court Case No. F25907039, which arises from accusations that Medeles stole money from the police evidence locker. A pre-preliminary hearing in the case is currently set for March 2, 2026.

4. Medeles has a powerful incentive to invoke his Fifth Amendment right from compelled self-incrimination with regard to any deposition or trial testimony. Full testimony from Medeles would be important to each of the parties' respective police practices experts in forming their opinions. The police practices expert for Medeles would additionally require discussion with Medeles to properly form opinions.

5. Many of the officers whose depositions Plaintiff noticed, including defendant Gutierrez, will also likely have to testify as part of the criminal trial.

6. The Parties have conducted extensive written discovery so far in this action and the parties have all noticed and re-noticed depositions in an effort to accommodate availability of counsel and their clients. The previously noticed depositions were removed from calendar so the parties could pursue mediation on November 22, 2025, with the intention of coordinating schedules to reset the depositions if the mediation was unsuccessful.

7. The mediation on November 22, 2025 was unsuccessful. On December 15, 2025, Plaintiff's counsel—Kevin Little—represented that he had been in trial in Kern County from November 24, 2025 through December 12, 2025.

8. As this matter is factually similar to and involves the same witnesses as Eastern District of California Case Nos. 1:24-cv-00471-KES-SKO (*Daniel Guzman Vela v. City of Fresno, et. al.*) and 1:23-cv-01471-JLT-SKO (*Luis F. Rodriguez v. City of Fresno, et. al.*), the Parties have agreed to depose the above-identified only once each across all three of these matters.

9. As such, the Parties jointly stipulate and respectfully request that this Court modify the existing Scheduling Order as specified below, or to a date as soon thereafter as is convenient for the Court.

10. This is the third request by the Parties for an Order to modify the existing Scheduling Order.

**STIPULATION**

NOW, THEREFORE, in light of the foregoing Good Cause, the Parties hereby stipulate and respectfully request a modification of the Court's Order Continuing Discovery Cutoff Dates (Doc. No. 23) and the case schedule (Doc. No. 20), as follows:

1. The Non-Expert Discovery Deadline currently set for December 15, 2025, is continued by six months to June 15, 2026, except as to Defendants Rey Medeles and Gustavo Gutierrez for whom the Non-Expert Discovery Deadline is stayed pending the conclusion of the criminal matter *People of the State of California v. Rey Ariel Medeles*, Fresno County Superior Court Case No. F25907039.

2. The remaining dates set forth in the Order Continuing Discovery Cutoff Dates (Doc. No. 23) and the case schedule (Doc. No. 20), including expert disclosures, are vacated and will be stayed pending the conclusion of the criminal matter *People of the State of California v. Rey Ariel Medeles*, Fresno County Superior Court Case No. F25907039.

3. A Status Conference be scheduled on June 17, 2026, or as soon thereafter as the Court and parties are available, to evaluate the appropriateness of setting a Scheduling Conference depending on the status of the underlying criminal case.

4. A Joint Status Conference Statement will be electronically filed by the parties 7 days prior to the Status Conference date and will be emailed in Word format to skoorders@caed.uscourts.gov.

Dated: December 19, 2025

        WEAKLEY & ARENDT
        A Professional Corporation

By: */s/ Brande L. Gustafson*
      James D. Weakley
      Brande L. Gustafson
      Attorneys for Defendant Rey Medeles

Dated: December 19, 2025

MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ *Maya R. Sorensen*
Mildred K. O'Linn
Maya R. Sorensen
Attorneys for Defendants Fresno Police Officer Gustavo Gutierrez and City of Fresno

Dated: December 19, 2025

LAW OFFICE OF KEVIN G. LITTLE

By: /s/ *Kevin G. Little*
Kevin G. Little
Attorneys for Plaintiff Daniel Guzman Vela

## ORDER

THE PARTIES HAVING STIPULATED (Doc. 28), and good cause appearing (Fed. R. Civ. P. 16(b)(4), the Court hereby orders that the case schedule be MODIFIED as follows:

1. The Non-Expert Discovery Deadline currently set for December 15, 2025, is continued by six months to June 15, 2026, except as to Defendants Rey Medeles and Gustavo Gutierrez for whom the Non-Expert Discovery Deadline is STAYED pending the conclusion of the criminal matter *People of the State of California v. Rey Ariel Medeles*, Fresno County Superior Court Case No. F25907039.

2. The remaining dates in the case schedule (Docs. 20 & 23), including expert disclosures, and the Settlement Conference (*see* Doc. 21) are VACATED and are STAYED pending the conclusion of the criminal matter *People of the State of California v. Rey Ariel Medeles*, Fresno County Superior Court Case No. F25907039.

3. Defense counsel SHALL inform the Court and all parties of the termination/completion of the criminal proceedings within ten (10) days thereof.

//

//

//

4. After receiving notice of the termination/completion of the criminal proceedings, the Court SHALL re-set the Mandatory Scheduling Conference in this civil case to establish the remaining hearing dates and deadlines in this action.

IT IS SO ORDERED.

Dated:   **December 22, 2025**               /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE