Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: service@kevinglittle.com

Attorneys for Plaintiff Daniel Guzman Vela

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DANIEL GUZMAN VELA,<br><br>Plaintiff,<br><br>V.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO,<br><br>Defendants. | Case No.: 1:24-cv-00471-KES-EGC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF CRIMINAL PROCEDINGS AGAINST DEFENDANT MEDELES**<br><br>(Doc. 32) |

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, as follows:

## GOOD CAUSE STATEMENT

1. The Parties previously stipulated to stay discovery as to certain defendants pending the conclusion of the criminal case against defendant Medeles, People of the State of California v. Rey Ariel Medeles, Fresno County Superior Court Case No. F25907039. See Dkt. 32 (Ngo); Dkt. 56 (Rodriguez); Dkt. 28 (Vela). The effect of these stipulations was to stay any remaining discovery related to defendants Medeles or Gutierrez, in each case where they are named.

2. The Parties have attempted to move forward with discovery in good faith, including by conducting written discovery and taking numerous depositions.

- 1 -

STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF CRIMINAL PROCEDINGS
AGAINST DEFENDANT MEDELES

3.      However, the discovery plan contemplated by the prior stipulations has proven unworkable. Defendants Medeles and Gutierrez had instrumental involvement in the cases where they are named, because they were the lead investigators.

4.      Trying to complete the current discovery schedule or otherwise progress further with these cases at this time is therefore infeasible. The only workable solution is to impose a complete stay of all remaining discovery and subsequent case deadlines until the reasons for the stay are eliminated, after which new deadlines will be set.

5.      Currently, the criminal proceeding against defendant Medeles is in its relatively early stages; no preliminary hearing has been held, and no trial date is set. Under California law, the right against self-incrimination endures until a conviction is final, including direct appeal. The criminal case against defendant Medeles could therefore remain a basis for an ongoing stay for a lengthy period.

6.      To ensure the herein requested stay does not continue indefinitely, counsel for Medeles and Gutierrez shall advise all parties in writing within 15 days once the reasons for the stay have been eliminated (including finality of any judgment against Medeles). It will thereafter be the joint responsibility of the parties to advise the court that further proceedings can commence, propose a case schedule, and/or request the setting of a scheduling conference.

7.      This stipulation amends and supersedes the prior stipulations to the extent they are inconsistent.

STIPULATION

In light of the foregoing, and good cause appearing, the Parties respectfully request that the Court order as follows:

1.      **Complete Stay**. All non-expert discovery, expert discovery, and related pretrial deadlines are stayed in their entirety pending the conclusion of the criminal matter People v. Rey Ariel Medeles (including any appeal) and/or resolution of any other investigations materially impacting discovery from Gutierrez. No discovery cutoff shall apply until the stay is lifted.

2.      **Duty to Notify**. Counsel for Medeles and Gutierrez, shall notify all parties in writing within 15 days of the date the reasons for the stay have been eliminated.

STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF CRIMINAL PROCEDINGS AGAINST DEFENDANT MEDELES

3.    **New Deadlines**. Within 30 days of such notice, the Parties shall meet and confer and file a Joint Status Report proposing a new scheduling order including new non-expert, expert, and pretrial deadlines. Fact discovery shall be limited to deposing defendants Medeles and Gutierrez, and propounding written discovery related to the defendant officers. If the parties cannot agree to a new proposed case schedule, they shall within that same time period request a Scheduling Conference.

4.    **Prior Stipulations Amended**. Dkt. 32 (Ngo), Dkt. 56 (Rodriguez), and Dkt. 28 (Vela) are amended and superseded to the extent inconsistent herewith.

Dated: June 9, 2026                                LAW OFFICE OF KEVIN G. LITTLE


                                                          */s/ Kevin G. Little*
                                                   Kevin G. Little
                                                   Attorneys for Plaintiff Daniel Guzman Vela

Dated: June 9, 2026                                WEAKLEY & ARENDT


                                                          */s/ Brande L. Gustafson*
                                                   Brande L. Gustafson
                                                   Attorneys for Defendant Fresno Police Officer
                                                   Rey Medeles

Dated: June 9, 2026                                MANNING & KASS, ELLROD, RAMIREZ,
                                                   TRESTER LLP


                                                          */s/ Maya R. Sorensen*
                                                   Maya R. Sorensen
                                                   Attorneys for Defendants City of Fresno and
                                                   Fresno Police Officer Gustavo Gutierrez

STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF CRIMINAL PROCEDINGS AGAINST DEFENDANT MEDELES

## **ORDER**

In light of the parties' Stipulation to Stay Discovery, (Doc. 32), and for good cause shown, it is hereby ORDERED that

1. All discovery and related pretrial deadlines are STAYED in their entirety pending the conclusion of *People v. Rey Ariel Medeles*. No discovery cutoff shall apply until the stay is lifted.

2. Counsel for Medeles and Gutierrez, SHALL notify all parties in writing within 15 days of the date of the conclusion of criminal proceedings against Defendant Medeles.

3. Within 14 days of such notice, the Parties SHALL file a Joint Status Report proposing a new scheduling order. The parties may additionally request a status conference as necessary.

IT IS SO ORDERED.

Dated:    **June 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

KGL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco | San Diego

- 4 -
STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF CRIMINAL PROCEDINGS AGAINST DEFENDANT MEDELES